IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ERIC BABLE, | |
| Petitioner, | CIVIL ACTION NO.: 2:16-cv-68 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No. 2:13-cr-29) |
| Respondent. | |

**ORDER**

Presently before the Court is Eric Bable's ("Bable") Motion to Supplement his 28 U.S.C. § 2255 Motion. (Doc. 8.) The Court **DISMISSES** Bable's Motion as moot. Bable previously filed a Motion to Stay the proceedings in this case pending the United States Supreme Court's decision in <u>Beckles v. United States</u>, No. 15-8544, 136 S. Ct. 2510 (June 26, 2016) (granting certiorari). (Doc. 5.) The Court granted that Motion on September 6, 2016. (Doc. 9.) Thus, the proceedings in this case are stayed pending the <u>Beckles</u> decision. Should Bable wish to re-urge his Motion to Supplement, he may do so once the stay in this case has been lifted, as outlined in the Court's September 6, 2016, Order.

**SO ORDERED**, this 12th day of September, 2016.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA